**STATE of Missouri, Respondent,**

v.

**Curtis BELL, Defendant/Appellant.**

**No. ED 84913.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 27, 2005.

**STATE of Missouri, Respondent,**

v.

**Elton MULLINS, Defendant/Appellant.**

**No. ED 85166.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 27, 2005.

Jo Ann Rotermund, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel N. McPherson and Dora A. Fitcher, Asst. Attys. Gen., Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY and BOOKER T. SHAW, JJ.

**ORDER**

The defendant, Curtis E. Bell, appeals the judgment entered upon his convictions by a jury for first-degree assault, Section 565.050 RSMo.2000, and armed criminal action, Section 571.015 RSMo.2000. We have reviewed the parties' briefs and the record on appeal. We find no error. An extended opinion reciting the detailed facts and restating the principles of law would